WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 99-662-001-PHX |
| Plaintiff, | O R D E R |
| vs. | |
| Kevin E. Camper, | |
| Defendant. | |

Plaintiff United States having moved to seal all garnishment documents, and good cause appearing,

IT IS HEREBY ORDERED that all garnishment documents are to be SEALED.

DATED this 5th day of March, 2014.

_____
Robert C. Broomfield
Senior United States District Judge